**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: Dean M. McIntyre | | CHAPTER 13 |
| Debtor | | |
| U.S Bank National Association, (Trustee for the Pennsylvania Housing Finance Agency, pursuant to a Trust Indenture dated as of April 1, 1982) | | |
| Movant | | NO. 18-17448 JKF |
| vs. | | |
| Dean M. McIntyre         Debtor | | |
| Patricia C. McIntyre     Co-Debtor | | 11 U.S.C. Sections 362 and 1301 |
| Scott F. Waterman,       Trustee | | |

## ORDER

AND NOW, this 10th day of April, 2019 at Philadelphia, upon failure of Debtor, the Co-Debtor, and the Trustee to file an answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay and Codebtor Stay is granted, and both the automatic stay of all proceedings, as provided under Section 362 Title 11 of the United States Code, as amended (the Bankruptcy Code), and the Co-Debtor stay under Section 1301 of the Bankruptcy Code, are modified with respect to the subject premises located at 234 Northpark Drive, Levittown, PA 19054 ("Property"), as to Movant, its successors or assignees.

United States Bankruptcy Judge.

Jean K. FitzSimon

Dean M. McIntyre
234 North Park Drive
Levittown, PA 19054

Patricia C. McIntyre
234 North Park Drive
Levittown, PA 19054

Paul H. Young, Esq.
3554 Hulmeville Road
Suite 102
Bensalem, PA 19020

Scott F. Waterman,
Chapter 13 Trustee
2901 St. Lawrence Ave., Suite 100
Reading, PA 19606

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532