United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 18-17448-jkf
Dean M McIntyre                                                           Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Virginia            Page 1 of 2              Date Rcvd: May 08, 2019
                              Form ID: pdf900           Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 10, 2019.
```
db              +Dean M McIntyre,    234 North Park Drive,    Levittown, PA 19054-3330
14227681        +Columbia Gas (Formerly Baystate Gas),    2491 Paxton St,    Harrisburg, PA 17111-1036
14227680        +Columbia Gas (Formerly Baystate Gas),    Po Box 2025,    Attn: Bankruptcy Department,
                  Springfield, MA 01102-2025
14227683        +Michael McKeever,    Attorney for PA Housing Finance,    701 Market Street Ste 5000,
                  Philadelphia, PA 19106-1541
14227686       ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                 (address filed with court: Toyota Mtr,    Toyota Financial Services,    Po Box 8026,
                  Cedar Rapids, IA 52408)
14227687         Toyota Mtr,    Address Not Available,    Atlanta, GA 30309
14278605        +U.S. Bank National Association,    c/o Rebecca S. Solarz, Esq.,    BNY Mellon Independence Center,
                  701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov May 09 2019 02:42:42     City of Philadelphia,
                  City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                  Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 09 2019 02:42:20
                  Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                  Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 09 2019 02:42:37     U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com May 09 2019 02:49:49
                  Capital One Auto Finance, a division of Capital On,    4515 N Santa Fe Ave. Dept. APS,
                  Oklahoma City, OK 73118-7901
14227679        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 09 2019 02:49:20     Capital One,
                  15000 Capital One Dr,    Richmond, VA 23238
14227678       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 09 2019 02:49:50     Capital One,
                  Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
14253976       +E-mail/PDF: acg.acg.ebn@americaninfosource.com May 09 2019 02:49:34
                  Capital One Auto Finance,    Division of Capital One, N.A.,    c/o AIS Portfolio Services,
                  4515 N. Santa Fe Ave., Dept. APS,    Oklahoma City, OK 73118-7901
14229925       +E-mail/PDF: acg.acg.ebn@americaninfosource.com May 09 2019 02:49:34
                  Capital One Auto Finance, a division of,    AIS Portfolio Services, LP,
                  4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
14231628       +E-mail/PDF: acg.acg.ebn@americaninfosource.com May 09 2019 02:49:49
                  Capital One Auto Finance, a division of Capital On,    c/o AIS Portfolio Services, LP,,
                  4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
14259603        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 09 2019 02:49:49
                  Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
14227685       +E-mail/Text: blegal@phfa.org May 09 2019 02:42:29     Pa Housing Finance Age,    211 N Front St,
                  Harrisburg, PA 17101-1406
14227684       +E-mail/Text: blegal@phfa.org May 09 2019 02:42:29     Pa Housing Finance Age,    Po Box 8029,
                  Harrisburg, PA 17105-8029
14260199       +E-mail/Text: blegal@phfa.org May 09 2019 02:42:29
                  U.S Bank National Association, (Trustee for the Pe,    C/O PHFA,    211 N. Front St.,
                  Harrisburg, PA 17101-1406
                                                                                                TOTAL: 13

                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14227682       ##+Commercial Acceptance,    2 W Main St,    Shiremanstown, PA 17011-6326
                                                                                 TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0313-2          User: Virginia              Page 2 of 2                  Date Rcvd: May 08, 2019
                              Form ID: pdf900             Total Noticed: 20
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 10, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 8, 2019 at the address(es) listed below:
              PAUL H. YOUNG    on behalf of Debtor Dean M McIntyre support@ymalaw.com,   ykaecf@gmail.com,
               paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com
              POLLY A. LANGDON    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com,
               ecf_frpa@trustee13.com
              REBECCA ANN SOLARZ    on behalf of Creditor    U.S Bank National Association, (Trustee for the
               Pennsylvania Housing Finance Agency, pursuant to a Trust Indenture dated as of April 1, 1982)
               bkgroup@kmllawgroup.com
              SCOTT F. WATERMAN (Chapter 13)   ECFMail@ReadingCh13.com,   ecf_frpa@trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM  MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfmail@FredReigleCh13.com,
               ECF_FRPA@Trustee13.com
                                                                                             TOTAL: 6
```

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: : Chapter 13

18-17448-JKF   DEAN M MCINTYRE

Debtor(s) :

**ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES**

   **AND NOW**, upon consideration of the Motion to Dismiss Case filed by Scott Waterman, Standing Trustee ("the Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1. This chapter 13 bankruptcy case is **DISMISSED**.

2. Counsel for the Debtor shall file a master mailing list with the Clerk of the Bankruptcy Court if such has not been previously filed.

3. Any wage orders previously entered are **VACATED**.

4. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

5. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within twenty-one (21) days of the entry of this Order.

6. **Promptly after the expiration of the time period set forth in ¶5 above, Counsel for the Debtor shall file either**: (a) a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expense has been filed or (2) certify that such applications have been filed (after which the Clerk shall schedule a hearing on all such applications).

7. If no Certification, as required above in Paragraph 6 has been entered on the docket within sixty-three (63) days of the entry of this Order, then the Standing Trustee shall: (a) if any applications for administrative expenses other than Debtor(s)' Counsel's have been filed, request a hearing thereon or (b) if no such applications have been filed, return the undistributed chapter 13 plan payments in his possession to Debtor(s) pursuant to 11 U.S.C. §1326(a)(2).

**JEAN K. FITZSIMON**
**U.S. BANKRUPTCY JUDGE**

**Date: May 8, 2019**